**LEVI & KORSINKSY LLP**
ADAM C. MCCALL (State Bar No. 302130)
amccall@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290
Facsimile: (866) 367-6510

**[Additional counsel listed on signature page]**

*Counsel for Plaintiff James Morgan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES MORGAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RELYPSA, INC., DANIEL K. SPIEGELMAN, JOHN P. BUTLER, PAUL J. HASTINGS, KENNETH J. HILLAN, DAVID W.J. MCGIRR, JOHN A. ORWIN, THOMAS J. SCHUETZ, and HELEN TORLEY<br><br>Defendants. | Case No. 3:16-cv-04800-JD<br><br>CLASS ACTION |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THIS ACTION**

WHEREAS, on July 21, 2016, Relypsa, Inc. ("Relypsa" or the "Company") announced that it entered into an Agreement and Plan of Merger ("Merger Agreement") with Galenica, AG and Vifor Pharma USA Inc. (collectively "Galenica") pursuant to which the Company's stockholders would receive $32.00 per share via an all-cash tender offer ("Tender Offer") followed by a second-step merger ("Proposed Transaction");

WHEREAS, on August 4, 2016, a Recommendation Statement on Schedule 14D-9 ("14D-9") was filed with the Securities and Exchange Commission ("SEC") that announced the commencement of the Tender Offer, set the expiration date for the Tender Offer for August 31,

2016, and disclosed certain information regarding the Proposed Transaction including among other things the following: (i) that the Relypsa board of directors ("Relypsa Board" or "Individual Defendants") determined that the Proposed Transaction was in the best interests of Relypsa's stockholders and recommended that Company stockholders tender their shares; (ii) background information concerning the process undertaken by the Relypsa Board leading up to entering into the Merger Agreement; and (iii) certain internal financial information about Relypsa and a summary of the fairness opinion by the financial advisors engaged by the Company, Centerview Partners LLC ("Centerview") and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("BofA");

WHEREAS, on August 12, 2016, Plaintiff Danny Lu ("Plaintiff Lu"), a stockholder of Relypsa, filed a putative class action complaint in the United States District Court for the Northern District of California, Case 3:16-cv-04605-WHO, against Relypsa and Relypsa, Inc. ("Relypsa"), Daniel K. Spiegelman, John P. Butler, Paul J. Hastings, Kenneth J. Hillan, David W.J. McGirr, John A. Orwin, Thomas J. Schuetz, and Helen Torley (together with Relypsa, the "Relypsa Defendants") alleging claims for violations of Sections 14(e), 14(d)(4) (and SEC Rule 14d-9 promulgated thereunder) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"). The Complaint alleges, *inter alia*, that the 14D-9 was false and/or misleading because it contained material misstatements and omissions concerning the Proposed Transaction. The Complaint alleges that Defendants failed to disclose all material information necessary for Relypsa stockholders to make an informed decision regarding the Proposed Transaction, and demanded that the misstatements and omissions be corrected in order to make existing statements in the 14D-9 not materially misleading. Specifically, the 14D-9 omitted and/or misrepresented material information concerning, among other things: (i) the process leading to the Proposed Transaction, including certain conflict of interest; (ii) the financial analyses conducted by BofA and Centerview in support of their respective fairness opinions; and (iii) a fair summary of the basis for the assumptions underlying Relypsa's projections. The Complaint sought to enjoin the Tender Offer, damages in the event the Proposed Transaction was consummated, certain other declaratory and equitable relief, and attorneys' fees and costs;

WHEREAS, on August 15, 2016, Plaintiff Servando Morales ("Plaintiff Morales") filed a putative class action complaint (the "Morales Action"), Case 3:16-cv-04684-WHO, against the Relypsa Defendants, asserting similar claims;

WHEREAS, on August 16, 2016, Plaintiff Alan S. Edelman ("Plaintiff Edelman") filed a putative class action complaint (the "Edelman Action"), Case 3:16-cv-04702-WHO, against the Relypsa Defendants, Galenica AG, and Vifor Pharma USA Inc., asserting similar claims;

WHEREAS, on August 17, 2016, Plaintiff John Zavolas ("Plaintiff Zavolas") filed a putative class action complaint (the "Zavolas Action"), Case 3:16-cv-04735-WHO, against the Relypsa Defendants, asserting similar claims;

WHEREAS, on August 19, 2016, Plaintiff James Morgan ("Plaintiff Morgan"), filed this putative class action complaint (the "Morgan Action") against the Relypsa Defendants, asserting similar claims;

WHEREAS, on August 19, 2016, Plaintiff Lu moved the Court for a preliminary injunction to enjoin the termination of the Tender Offer until such time as Defendants amended the 14D-9 to address Plaintiff's claims that the 14D-9 was false and/or misleading ("Motion to Enjoin");

WHEREAS, on August 24, 2016, Plaintiff Lu withdrew his Motion to Enjoin the termination of the Tender Offer;

WHEREAS, on August 24, 2016, Plaintiff Zavolas filed an Administration Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12, but failed to include the Morgan Action as one of the related actions.

WHEREAS, on August 25, 2016, Defendants filed with the SEC additional disclosures that amended and supplemented the 14D-9 ("Supplemental Disclosures") and that were directly responsive to and addressed Plaintiff's claims in his Complaint and grounds for the Motion to Enjoin that the 14D-9 was false and/or misleading under Sections 14(e), 14(d)(4) (and SEC Rule 14d-9 promulgated thereunder) and 20(a) of the Exchange Act; and

WHEREAS, on September 1, 2016, the Court related the Lu, Morales, Edelman, and Zavolas Actions, but did not relate the Morgan Action since it was not on notice of the relation of the Morgan Action;

WHEREAS, counsel for Lu, Morales, Edelman, and Zavolas Actions have been working with counsel for Morgan, and have proceeded as if the Morgan Action had been administratively related to the Lu Action;

WHEREAS, on October 12, 2016, all plaintiffs, including Plaintiff Morgan, filed an Amended Joint Stipulation and [Proposed] Order concerning Plaintiffs' Voluntary Dismissal of the Actions and Plaintiffs' Counsel's Anticipated Application For An Award of Attorneys' Fees and Expenses (the "Amended Joint Stipulation"), *see* Case 3:16-cv-04605-WHO, Dkt. 19, filed 10/12/16;

WHEREAS, on October 17, 2016, the Honorable William H. Orrick, granted the Amended Joint Stipulation permitting voluntary dismissal of the related actions and permitting the Court to retain jurisdiction to consider Plaintiffs' Counsel's application for an award of attorneys' fees, *see* Case 3:16-cv-04605-WHO, Dkt. 20, filed 10/17/16;

Plaintiff hereby pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), notices the Court of the dismissal of the Morgan Action without prejudice, and further notifies the Court that Judge Orrick has retained jurisdiction over the related actions to consider plaintiffs' Counsel's application for an award of attorneys' fees.

DATED: November 2, 2016

Respectfully submitted

**LEVI & KORSINSKY LLP**

By: */s/ Adam C. McCall*

Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290
Facsimile: (202) 333-2121
amccall@zlk.com

*Attorney for Plaintiff*

**OF COUNSEL:**

**LEVI & KORSINSKY LLP**
Donald E. Enright (to be admitted *pro hac vice*)
Elizabeth K. Tripodi (to be admitted *pro hac vice*)
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: denright@zlk.com
etripodi@zlk.com

*Attorney for Plaintiff*